Argued and submitted September 25, affirmed October 23, 1991

Jacquelyn F. JOINER,
*Appellant,*

*v.*

Susan K. PETERSON,
*Respondent.*

(A9002-01065; CA A65439)

819 P2d 327

John Chally, Sandra L. Hodgson and Bouneff, Chally & Jorgenson, Portland, filed the briefs for appellant.

Carrell F. Bradley, Hillsboro, argued the cause for respondent. On the brief were Larry A. Brisbee and Schwenn, Bradley, Batchelor, Brisbee & Stockton, Hillsboro.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

Affirmed. *Hammond v. Central Lane Communications Center,* 312 Or 17, 816 P2d 593 (1991).